Submitted May 16, affirmed May 26, 1972

STATE OF OREGON, *Respondent, v.*
DELBERT LAMMERS, *Appellant.*
497 P2d 214

Gary D. Babcock, Public Defender, and J. Marvin Kuhn, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before LANGTRY, Presiding Judge, and FOLEY and FORT, Judges.

AFFIRMED. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969); *Apodaca v. Oregon,* 406 US 404, 92 S Ct 1628, 32 L Ed 2d 184 (1972).

PER CURIAM.